FILED  ENTERED
LODGED  RECEIVED

FEB 1 4 2019

WESTERN DISTRICT OF WASHINGTON  DEPUTY
BY

Magistrate Judge Mary Alice Theiler

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>BARRY HORN,<br><br>Defendant. | CASE NO. MJ19-068<br><br>COMPLAINT for VIOLATION<br><br>Title 21, United States Code,<br>Sections 841(a)(1), 841(b)(1)(C), 846<br><br>Title 18, United States Code,<br>Section 924(c)(1)(A)(i) |

BEFORE, the Honorable Mary Alice Theiler, United States Magistrate Judge, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

## Count 1
### (Conspiracy to Distribute Fentanyl)

Beginning at a time unknown, but within the past five years, and continuing to February 7, 2019, in Snohomish County and elsewhere within the Western District of Washington, BARRY HORN, and others known and unknown, did knowingly and intentionally conspire to distribute fentanyl (N-Phenyl-N [1-(2-phenylethyl0-4-piperidinyl] propanamide), a substance controlled under Title 21, United States Code, Section 812.

COMPLAINT/HORN - 1

All in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

### Count 2
**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

On or about February 7, 2019, in Snohomish County and elsewhere within the Western District of Washington, BARRY HORN did possess firearms, to wit: one Sig Sauer 9mm semiautomatic pistol bearing serial number 58C009730, and one Springfield XDS semiautomatic pistol bearing serial number S3268080, in furtherance of a drug trafficking crime, to wit: Conspiracy to Distribute Fentanyl, as charged in Count 1 above.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## AFFIANT BACKGROUND

1.      I am employed as a Special Agent (SA) with the United States Drug Enforcement Administration (DEA), and have been so employed since March 2016.  I am currently assigned to the Snohomish Regional Drug and Task Force (SRDTF).  In this capacity, I investigate violations of the Controlled Substance Act, Title 21, United States Code, Section 801 et seq., and related offenses.  I have received specialized training in the enforcement and investigation of the Controlled Substance Act.  I have received over 620 hours of classroom training including but not limited to, drug identification, drug interdiction, detection, money laundering techniques and schemes, smuggling, and the investigation of individuals and/or organizations involved in the illegal possession, possession for sale, sales, importation, smuggling, cultivation, manufacturing and trafficking of controlled substances.

2.      In my role as a Special Agent for DEA, I have participated in narcotics investigations involving heroin, fentanyl, cocaine, marijuana, and methamphetamine which have resulted in the arrest of individuals, the seizure of narcotics and/or narcotic-related evidence, and the forfeiture of narcotics related assets.  I have been involved in the service of search warrants as part of these investigations.  As a result of my training

COMPLAINT/HORN - 2

1  and experience, I am familiar with the various tools, methods, trends, paraphernalia and
2  related articles used by various traffickers in their efforts to import, conceal, and
3  distribute controlled substances.  I am also familiar with the various methods of
4  packaging, delivering, transferring, and laundering drug proceeds.  Additionally, through
5  my training and experience, I can identify illegal drugs by sight, odor, and texture.
6      3.      Based on my training and experience, and information relayed to me by
7  other law enforcement personnel, I know that fentanyl is a Schedule II narcotic and a
8  highly a dangerous drug.  Fentanyl is a synthetic opioid that is 50 times more toxic than
9  heroin.  In its purest form, fentanyl is a white powder, or it can resemble grains similar in
10 size to table salt.  For most people, two to three milligrams of fentanyl is capable of
11 inducing respiratory depression, respiratory arrest, and possibly death.  Two to three
12 milligrams of fentanyl is comparable in size to five to seven individual grains of table
13 salt.  Additionally, counterfeit oxycodone pills containing fentanyl have been associated
14 with multiple overdose deaths in Skagit and Snohomish Counties in 2018, and fentanyl
15 has been linked to dozens of overdoses in Snohomish County, Washington.
16      4.      The facts in this affidavit are based on my personal participation in this
17 investigation and information provided to me by other agents, officers and witnesses.

**INVESTIGATION**

18
19      5.      As described below, Barry HORN, Nicholas STARZMAN, Rhett IRONS
20 and a CS conspired to distribute counterfeit oxycodone containing fentanyl, commonly
21 referred to as "M30s."   As part of the conspiracy, IRONS supplied HORN and
22 STARTZMAN with counterfeit oxycodone which HORN and STARZMAN redistributed
23 to others.
24      6.      During the investigation described below, agents used the assistance of two
25 confidential informants referred to as CS1 and CS2.  Both informants have misdemeanor
26 convictions for drug-related offenses with no conviction occurring after 2008.  Both
27 informants identified IRONS as an individual distributing M30s through numerous
28 redistributors that worked for him, to include HORN and STARTMAN.  Both informants

COMPLAINT/HORN - 3

1    reported that HORN lived with IRONS, and that if IRONS was unavailable, HORN

2    would conduct the drug transactions for IRONS.  CS2 reported that during the timeframe

3    alleged in the conspiracy, CS2 purchased 100 M30 pills from HORN on two occasions

4    when IRONS was not available.

5          7.     A Department of Licensing records check on January 31, 2019 confirmed

6    that STARTZMAN lists 16764 Wales Street SE, Monroe, Washington 98272 address as

7    his residence on his Washington driver's license, and lists this address on the registration

8    for three vehicles owned by him:  a 2002 the silver Honda bearing Washington bearing

9    license plate AMV0407; a 2008 gold Chrysler Aspen bearing Washington license plate

10   BLF7028; and a 2004 black GMC Envoy bearing Washington license plate 505WOC.  A

11   records check on January 31, 2019 also confirmed that IRONS lists 21005 59th PL W,

12   Lynnwood, Washington as his residence on his Washington driver's license, and lists this

13   address on the registration for three vehicles owned by him:  a 2015 Audi A8 bearing

14   Washington bearing license plate BLN7018; a black 2007 Audi Q7 bearing Washington

15   license plate BHL9436; and a 2015 Lexus LS bearing Washington license.

16         8.     In July 2018, CS1 conducted a controlled purchase of ten M30 pills from

17   STARTZMAN.  Agents followed CS1 to and from the meeting location.  After the

18   controlled buy, CS1 returned as instructed to a designated neutral location.  CS1 gave me

19   the ten M30 pills which s/he purchased from STARTZMAN for $300.  Agents searched

20   CS1's person and vehicle before and after the controlled purchase, and found no

21   additional contraband.  CS1 reported that during the sale, CS1 observed STARTZMAN

22   was in possession of approximately 200 more M30 pills that STRATZMAN kept hidden

23   in a container disguised as a soda can.  CS1 also reported that STARTZMAN noticed

24   some of the pills were broken and said, "Fucking Barry" upon inspecting the drugs.  CS1

25   believed STARTZMAN was referring to Barry HORN who likely supplied the broken

26   pills.  The ten pills purchased by CS1 tested positive for fentanyl based on testing

27   completed by the DEA forensic laboratory.

28

COMPLAINT/HORN - 4

1    9.    On February 7, 2019, investigators followed Nicholas STARTZMAN and

2    his wife Satina STARTZMAN driving a gold Chrysler Aspen as they drove from

3    STARTZMAN's residence located at 16764 Wales Street SE, Monroe, Washington

4    98272 directly to the lengthy driveway leading to the residence of Rhett IRONS located

5    at 21005 59th PL W, Lynnwood, Washington.

6    10.    After viewing this activity, I posed as CS1 and contacted STARTZMAN

7    using 425-315-5836.  I sent a text message to STARTZMAN asking if he had any pills.

8    STARTZMAN sent a text message back to the person he believed to be CS1 stating that

9    he was picking up pills.

10    11.    After STARTZMAN's vehicle traveled down the lengthy driveway to

11    IRONS' residence, agents observed STARTZMAN, his wife, and a child in the gold

12    Chrysler as they left the driveway approximately one hour later.  Investigators conducted

13    a traffic stop of STARTZMAN's vehicle and executed a search warrant for the vehicle.

14    Investigators found Nicholas STARTZMAN in the front passenger seat, his wife was

15    driving the vehicle, and their child was in the backseat.  Directly at STARTZMAN's feet

16    on the floor in front of the passenger's seat, investigators found a container disguised as a

17    soda can with a false top.  Inside the soda can, investigators recovered approximately 40

18    pills (weighing 4 grams) with the markings "M" on one side and "30" on the other.  On

19    STARTZMAN's person, investigators recovered two baggies containing approximately

20    190 light-colored pills (weighing 19.4 grams), with the markings "M" on one side and

21    "30" on the other.  Testing conducted by the 10th Civil Support Team ("10CST"), a

22    Department of Defense laboratory certified in the testing of hazardous materials, revealed

23    pills from STARZMAN's vehicle and person were positive for fentanyl.

24    12.    Agents advised STARTZMAN of his *Miranda* warnings, and he waived his

25    rights and agreed to answer questions. STARTZMAN reported that he was selling M-30s

26    for the last year, and the pills on his person were more than he normally picked up from

27    his supplier.  STARTZMAN said he normally picked up 30 to 50 pills three times per

28    week.  Therefore, a conservative estimate of STARTZMAN's distribution quantity

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   during the last year based on his own statements would be 4,680 pills (52 weeks x 3 times

2   per week x 30 pills) which equates to 468 grams (conservatively, each pill is

3   approximately .1 gram, but can weigh more).

4        13.      On February 7, 2019, agents executed a search warrant at Rhett IRONS'

5   residence located at 21005 59th PL W, Lynnwood, Washington, and inside agents

6   contacted RHETT IRONS, a female who identified herself as IRONS' girlfriend, and

7   four children.  While searching the residence, agents recovered a loaded Glock 42 pistol

8   underneath the mattress in the master bedroom where a child was sleeping on the bed.

9   Also in the master bedroom, agents recovered approximately 1,216 M30 pills weighing

10  122.5 grams stored in the pockets of various clothes, in a dresser drawer, and in a closet

11  safe.  In the garage on a toolbox with mail addressed to IRONS, agents recovered

12  approximately 30 additional M30 pills (weighing 3.6 grams).  The appearance of the pills

13  recovered from IRONS' residence were similar in shape, size and color to the pills

14  recovered from STARZMAN.  Testing conducted by 10CST revealed pills from IRONS'

15  bedroom were positive for fentanyl.

16       14.      While agents were executing the search warrant at IRONS' residence, they

17  contacted Barry HORN and his two children outside as they were coming home.  Agents

18  advised HORN of his *Miranda* warnings and HORN agreed to answer questions.

19       15.      HORN stated that he lived with IRONS for the last year, and confirmed the

20  location of his bedroom in the basement of the house.  HORN's two children occupied

21  another bedroom in the basement.  HORN admitted that during the last year and a half, he

22  had been selling M30s with IRONS and he "knew this was going to happen", referring to

23  agents search the house.  HORN said that he sold 100 pills a week, and obtained the pills

24  from IRONS.  Based on HORN's statement that he distributed 100 pills a week for the

25  last year and a half, a conservative estimation of 52 weeks (one year) x 100 pills is 5200

26  pills, weighing approximately 520 grams.

27       16.      While at the residence, HORN provided the code for a safe in his bedroom

28  dresser where agents recovered approximately 120 M30 pills (11.8 grams) that tested

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Case 2:19-cr-00035-RAJ   Document 1   Filed 02/14/19   Page 7 of 7

positive for fentanyl as processed by 10CST.  In same dresser, agents recovered a loaded

Sig Sauer semiautomatic pistol with three loaded magazines.  In a coat hanging on a coat

rack by the bedroom door, agents recovered a loaded Springfield semiautomatic pistol.

Based on the above facts, I respectfully submit that there is probable cause to

believe that BARRY HORN did knowingly and intentionally conspire to distribute

fentanyl (N-Phenyl-N [1-(2-phenylethyl0-4-piperidinyl] propanamide) in violation of

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846, and did possess

two firearms in furtherance of that crime in violation of 924(c)(1)(A)(i).

Dated this _14_ day of February, 2019.

Kris Burford, Special Agent
Drug Enforcement Agency
Complainant

Based on the Complaint and Affidavit sworn to before me, and subscribed in my

presence, the Court hereby finds that there is probable cause to believe the Defendant

committed the offense set forth in the Complaint.

Dated this _14_ day of February, 2019.

Mary Alice Theiler
United States Magistrate Judge

COMPLAINT/HORN - 7