THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARRY HORN,<br><br>　　　　　Defendant. | No. CR19-035-RAJ<br><br>ORDER GRANTING MOTION TO FILE OVERLENGTH MOTION |

This matter has come before the undersigned on the motion of Defendant Barry Horn to file an overlength motion for compassionate release. The Court, having considered the motion and the records herein, and finding good cause,

IT IS NOW ORDERED that the motion (Dkt. #295) is GRANTED and Defendant Barry Horn is granted leave to file a motion for compassionate release that does not exceed 24 pages.

DATED this 11th day of August, 2020.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO FILE
OVERLENGTH MOTION
(*Barry Horn*, CR19-035-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100