THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | ) No. CR19-035-RAJ |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER GRANTING |
|  | ) MOTION TO SEAL EXHIBIT |
| BARRY HORN, | ) |
| Defendant. | ) |

This matter has come before the Court on the motion of Defendant Barry Horn to seal Exhibit 3 (Bureau of Prisons medical records) to his motion for compassionate release. The Court has considered the motion and records in this case and finds there are compelling reasons to file the exhibit under seal.  Therefore,

IT IS ORDERED that Defendant Barry Horn's Motion to Seal (Dkt. #297) is GRANTED.  Exhibit 3 to Defendant Barry Horn's motion for compassionate release shall remain sealed.

DATED this 11th day of August, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SEAL EXHIBIT
(*Barry Horn*, CR19-035-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**