THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR19-035-RAJ |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO FILE OVERLENGTH REPLY |
| BARRY HORN, | |
| Defendant. | |

This matter has come before the undersigned on the motion of Barry Horn to file an overlength reply to the government's response to his motion for compassionate release. The Court, having considered the motion and the records herein, and finding good cause,

IT IS NOW ORDERED that Mr. Horn's motion to file an overlength reply (Dkt. #309) is GRANTED.  Mr. Horn is granted leave to file a reply regarding his motion for compassionate release that does not exceed 8 pages in length.

DATED this 24th day of August 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
(*Barry Horn*, CR19-035-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**