The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR19-035 RAJ |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| BARRY HORN, | |
| Defendant. | |

This matter comes before the Court upon Defendant's Motion for Compassionate Release. Dkt. 296. In its response to the motion the United States indicated the institution at which Mr. Horn is currently housed is the subject of litigation filed on behalf of several inmates in the Lompoc Complex, and that the judge in that litigation ordered a site inspection to be conducted by a neutral inspector. The United States further indicated the inspection was scheduled to be done on September 1-2, 2020, and that the court ordered the report of the neutral expert be submitted no later than September 30, 2020.

So the Court may fully consider Mr. Horn's motion in light of current conditions at his facility, the Court DEFERS consideration of the motion to October 8, 2020. The parties are directed to submit the report of the neutral inspector by way of supplemental briefing.

DATED this 8th day of September, 2020.

_____
The Honorable Richard A. Jones
United States District Judge

MINUTE ORDER - 1