The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BARRY HORN,<br><br>          Defendant. | No. 2:19-cr-00035-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL |

THIS MATTER comes before the Court upon the Defendant Barry Horn's motion to seal his motion for early termination of supervised release, which contains sensitive information. Having considered the entirety of the records and file herein, the Court hereby finds good cause to seal this document and therefore grants the motion (Dkt. 426). It is ORDERED that Defendant Barry Horn's motion for early termination of supervised release shall remain under seal due to the nature of its contents.

DATED this 10th day of May, 2023.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1