The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                    Plaintiff,

        v.

BARRY HORN,

                    Defendant.

No. 2:19-cr-00035-RAJ

ORDER GRANTING
MOTION TO TERMINATE
SUPERVISED RELEASE

THIS MATTER comes before the Court upon Defendant Barry Horn's motion for an order granting early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1).  The Court, having reviewed the motion, and having considered the balance of the record, FINDS that early termination of Mr. Horn's supervised release is appropriate based on Mr. Horn's conduct and is in the interests of justice.  The Court therefore GRANTS the motion (Dkt. 427).  The Court ORDERS that Mr. Horn's term of supervised release is terminated, effective immediately.

DATED this 10th day of May, 2023.

Richard A Jones
_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION
TO TERMINATE SUPERVISED RELEASE  - 1